IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 FEB 22 A 9:32

| | | |
|---|---|---|
| JANE RYALS, | * | |
| *Plaintiff,* | * | |
| | * | |
| vs. | * | Civil Action No.: 2:05cv131-A-B |
| | * | |
| ORGANIZED COMMUNITY | * | |
| ACTION PROGRAM, INC. | * | |
| *Defendant.* | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Civil Misc. Order 3047, counsel for Organized Community Action Program, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

/s/ R. Scott Hetrick
R. Scott Hetrick (HETRR5277)
ADAMS AND REESE LLP
One St. Louis Center, Suite 4500
Mobile, Alabama 36602
Telephone (251) 433-3234
Facsimile (251) 438-7733
Email scott.hetrick@arlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2005, I served a copy of the foregoing on counsel for all parties by first class mail, postage prepaid, addressed to:

G. R. 'Rick' Trawick
Algert Agricola, Jr.
Slaten & O'Connor, P.C.
105 Tallapoosa St., Suite 101
Montgomery, AL 36104

/s/ R. Scott Hetrick

SCANNED
DMW 2/23/05